**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Woodcraft Industries, Inc.

Plaintiff,

v.

JBA International, Inc., and
Geac Enterprise Solutions, Inc.,

Defendants.

Case No. 01-CV-00373 DWF/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties, through their counsel of record, hereby stipulate and agree to the dismissal of the above-captioned action, including the counterclaim asserted therein, with prejudice, but without costs to any party pursuant to Fed. R. Civ. P. 41 (a)(1)(ii).

Date: December 14, 2001

Michael E. Florey (214322)
FISH & RICHARDSON P.C., P.A.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Plaintiff Woodcraft Industries, Inc.

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: December 18, 2001

James E. Dorsey (#137893)
Melissa Vogt Brettingen (#284658)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7019
Fax: (612) 347-7077

Attorneys for Defendant JBA International, Inc.

Dated: December 26, 2001

Peter Lancaster (#159840)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant Geac Enterprise Solutions, Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated: Jan. 7, 2001

By: ______________________
Judge of United States District Court

2580623